**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANTHONY JOINTER, <br>              Plaintiff, <br>    v. <br> TONY RACKAUCKAS, et al., <br>             Defendants. | Case No. SACV 16-2269 R (SS) <br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all the records and files herein, the pleadings, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Plaintiff's Request to Proceed <u>In Forma Pauperis</u> is denied, the Complaint is dismissed, and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 10, 2017

———————————————
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE