# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY JOINTER, | Case No. SACV 16-2269 R (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TONY RACKAUCKAS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed without prejudice.

DATED: July 10, 2017

                                        MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE